# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TEODORA J. A.,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, *in her official capacity as Secretary, United States Department of Homeland Security*;<br><br>TODD M. LYONS, *in his official capacity as Acting Director, United States Immigration and Customs Enforcement*;<br><br>DAVID EASTERWOOD, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*;<br><br>Respondents. | Civil No. 26-370 (JRT/EMB)<br><br><br><br><br><br>**ORDER** |

On January 16, 2026, Petitioner Teodora J.A. filed a Petition for a Writ of Habeas Corpus (Docket No. 1), seeking an order enjoining Respondents from transferring Plaintiff outside the District of Minnesota and declaratory relief that she is subject to detention under 8 U.S.C. § 1226(a).

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Respondents are **ENJOINED** from removing, transferring, or otherwise facilitating the removal of Petitioner from the District of Minnesota until the Court issues an order on the pending Petition for Writ of Habeas Corpus (Docket No. [1]). Respondents may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise which require Petitioner to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

2. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Teodora J.A. by no later than **January 19, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

3. Respondents' answer shall include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted;

    d. Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Avila v. Bondi*, Civ. No. 25-3741, 2025 WL 2976539 (D. Minn. Oct. 21, 2025); and

    e. Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

4. Petitioner shall inform the Court by no later than 24 hours after Respondents' answer of an intent to file a reply or if any further order by the Court should be filed under seal pending a request for redactions. If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than **January 21, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

DATED: January 16, 2026                           /s/ John R. Tunheim
at Minneapolis, Minnesota.                     JOHN R. TUNHEIM
                                                    United States District Judge