# UNITED STATES DISTRICT COURT
## District of Minnesota

Teodora Jarquin Aragon

Petitioner(s),

v.

Kristi Noem, Todd Lyons, David Easterwood

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: **0:26-cv-00370-JRT-EMB**

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Petitioner's Writ of Habeas Corpus is GRANTED.

Date: 1/29/2026

KATE M. FOGARTY, CLERK